IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR73 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Bryan Howard | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Renee L. Mathias, as a Criminal Justice Act Training Panel Member, to assist in the defense of Bryan Howard.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Renee L. Mathias is hereby assigned to assist the CJA Panel Attorney Glenn A. Shapiro in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Renee L. Mathias shall not be eligible to receive compensation for her services in this case.

CJA Glenn a. shapiro shall continue to be primary counsel on behalf of the Defendant, Bryan Howard.

Dated: March 1, 2013

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge