## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:13CR73** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BRYAN R. HOWARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to review detention by defendant Robert Howard (Howard) (Filing No. 18). Howard requests release to a drug treatment plan at the Open Door Mission in Omaha, Nebraska. Howard is charged in the Indictment with a conspiracy to distribute and possess with intent to distribute methamphetamine carrying a minimum sentence of ten years imprisonment and a maximum of life imprisonment. Howard has a lengthy criminal history including convictions for drug trafficking, forgery, terroristic threats, and domestic assault. He has numerous convictions for driving under suspension and driving while intoxicated. He has been convicted on numerous occasions of failure to appear. On one conviction he was placed on probation only to have the probation revoked resulting in a 20 to 60 month sentence. He was subsequently paroled but that parole was revoked and he was returned to prison. Howard participated in drug treatment while in prison but reverted to drug use and drug trafficking after his release. Howard's proposal for a release to a drug treatment plan at the Open Door Mission or similar relaxed treatment plan is wholly inadequate to insure the safety of the community or Howard's presence for further proceedings in this matter. His motion to review detention (Filing No. 18) is denied.

**IT IS SO ORDERED**.

Dated this 21st day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge