IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRYAN R. HOWARD, )<br>)<br>Defendant. ) | Case No. 8:13cr73<br><br>ORDER |

This case is before the court on the defendant Bryan Howard's Motion to Review Order of Detention (#54). The motion moves the court to release the defendant for inpatient treatment at Parallels or Omaha Campus for Hope. The motion is denied as it fails to present new information that would change the court's conclusion as set out in the March 21, 2013 Order (#24) or the March 7, 2013 Detention Order (#17).

**IT IS ORDERED:** Defendant's Motion to Review Order of Detention (#54) is denied without hearing.

Dated this 9th day of May 2013.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge