IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR73 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| BRYAN HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of two letters from the defendant.

IT IS ORDERED that:

(1)    The Clerk of Court shall file the two letters.

(2)    Treating the letters as motions, the motions are denied.

(3)    The Clerk of Court shall provide a copy of this order and the defendant's letters to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated October 15, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge