IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BRYAN HOWARD,<br><br>　　　　　　　Defendant. | 8:13CR73<br><br>**ORDER** |

　　　　This case is before the court on the defendant Bryan Howard's Motion to Review Order of Detention (#108). The motion moves the court to release the defendant for treatment. The motion is denied as it fails to present new information that would change the court's conclusion as set out in the March 21, 2013 Order Denying Motion to Review Detention (#24), the March 7, 2013 Detention Order (#17), or the Court's Order Denying Release (#57).

　　　　**IT IS ORDERED**: The defendant's Motion to Review Order of Detention (#108) is denied without hearing.

　　　　Dated this 17th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge