IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:13CR73 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| BRYAN HOWARD, | ) | |
| Defendant. | ) | |

I am in receipt of a letter from the defendant together with a large packet of inmate interview requests. Because of the size of the correspondence, I will not encumber the court file with it. However,

IT IS ORDERED that:

(1)     Mr. Howard's letter received in my chambers on February 6, 2014 will be taken up at the time of sentencing.

(2)     The Clerk shall file the letter that Mr. Howard sent me as a restricted document, it being understood that the attachments are not included. Counsel should review Mr. Howard's letter prior to sentencing.

(3)     The Clerk of Court shall provide a copy of this order and the defendant's letter to counsel for the government, to counsel for the defendant, and to the defendant at defendant's last known address.

Dated February 12, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge