IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRYAN HOWARD,<br><br>                Defendant. | 8:13CR73<br><br>**FINAL ORDER OF FORFEITURE** |

       This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 137). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

       1. On December 8, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 104) pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following property was forfeited to the United States.

       a. 2012 Harley Davidson, model Road King, VIN: 1HD1FBM13CB649297 seized from 8953 J Street, Omaha, Nebraska on September 26, 2012;

       b. 2006 GMC Sierra, Nebraska license #TBV877, VIN: 2GTEK63N561324987 seized from Defendant on September 26, 2012;

       c. 2011 "Interstate Kingman" Cargo Trailer, License #XLK051, VIN: 4RACS16256K015965 seized from 8953 J. Street, Omaha, Nebraska on September 26, 2012;

       d. $3,320.00 in United States Currency seized from Defendant on September 26, 2012;

  e. $2,740.00 in United States Currency seized on September 26, 2012, at 512 N. 85th street;

  f. $3,681.00 in United States Currency seized from the La Qunita Inn, room #234, 10760 M Street, on September 26, 2012.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 11, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on December 27, 2013 (Filing No. 136).

3. The Court has been advised by the United States no Petitions have been filed.   From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following property held by any person or entity are hereby forever barred and foreclosed.

  1. 2012 Harley Davidson, model Road King, VIN: 1HD1FBM13CB649297 seized from 8953 J Street, Omaha, Nebraska on September 26, 2012;

  2. 2006 GMC Sierra, Nebraska license #TBV877, VIN: 2GTEK63N561324987 seized from Defendant on September 26, 2012;

  3. 2011 "Interstate Kingman" Cargo Trailer, License #XLK051, VIN: 4RACS16256K015965 seized from 8953 J. Street, Omaha, Nebraska on September 26, 2012;

  4. $3,320.00 in United States Currency seized from Defendant on September 26, 2012;

2

5. $2,740.00 in United States Currency seized on September 26, 2012, at 512 N. 85th street;

6. $3,681.00 in United States Currency seized from the La Qunita Inn, room #234, 10760 M Street, on September 26, 2012.

C. The aforementioned property be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

DATED this 24th day of February, 2013.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge