IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:13CR73-1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BRYAN HOWARD, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff shall file a response to Defendant's motions for return of seized property (filing nos. 173 and 174) on or before December 10, 2018.

Dated November 29, 2018.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge