IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR73 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN HOWARD, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Pending before me are two motions for the return of property. (Filing no. 173, filing no.174.) While the government has responded to these motions (filing no. 176; filing no. 177), counsel for the government wishes to provide a further response given the subsequently filed pro se submission of Howard. (Filing no. 179.) I shall grant that request and also provide Howard with an opportunity to respond further. Additionally, I set forth herein the procedures to be followed in order to resolve this matter.

I have conferred with counsel regarding the foregoing. With their agreement,

IT IS ORDERED that:

1. The government shall have until Friday, April 5, 2019, to submit a further response and evidence index.

2. Howard is given until Monday, May 6, 2019, to submit a further response and evidence index.

3. Following the submission of the foregoing, I will determine whether I can resolve some or all the requests for return of property on the pleadings. If I cannot, I shall consult counsel, and schedule an evidentiary hearing.

4.      My chambers shall call this matter to my attention on May 7, 2019.

DATED this 6th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge