IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR73 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN HOWARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the defendant's unopposed oral motion to extend the deadlines in filing nos. 181 and 185,

IT IS ORDERED that Defendant Howard is given until June 21, 2019, to submit a further response and evidence index. The government is given until July 5, 2019, to submit its response.

DATED this 22nd day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge