# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR73 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN HOWARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the Plaintiff's unopposed oral motion,

IT IS ORDERED that Plaintiff's further response concerning Defendant's Motions for Return of Property (filing nos. 173 and 174) is due on or before September 11, 2019.

DATED this 27th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge