IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR73 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN HOWARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that Defendant's motion for a new attorney (filing no. 194) is denied.

DATED this 28th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge