IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR73 |
| v. | ) | **JUDGMENT** |
| BRYAN HOWARD, | ) | |
| Defendant. | ) | |

To the extent that Bryan Howard has claims for monetary damages because the property he seeks is gone, pursuant to Federal Rule of Criminal Procedure 41(g), Federal Rule of Civil Procedure 54, and Federal Rule of Civil Procedure 56,

IT IS ORDERED that judgment is entered for the United States of America and against Bryan Howard dismissing all monetary claims with prejudice.

DATED this 25th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge