IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:13CR73 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BRYAN HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Defendant's Motion to Extend Time to File Notice of Appeal (Filing 202) is granted;

2. The deadline for filing a notice of appeal from this court's decision (Filings 197 & 199) denying Defendant's Motions for Return of Seized Property (Filings 173 & 174) is extended by 30 days.

DATED this 4th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge